DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 









                                        NO. 12-06-00064-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

LAIRD
HILL SALT WATER 

DISPOSAL,
LTD. AND BOLTSERV, INC.,          §          APPEAL FROM THE 

APPELLANTS

 

V.        §          COUNTY
COURT AT LAW NO. 2 OF

 

EAST
TEXAS SALT WATER

DISPOSAL
COMPANY, INC.,        §          GREGG COUNTY, TEXAS

APPELLEE




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM








            Appellants have filed a voluntary motion to dismiss this
appeal.  The motion has been signed by
Appellants’ attorney and represents that the issues raised in this appeal have
been resolved by a Reformed and Amended Order Pending Final Condemnation signed
by the trial court on September 14, 2006. 
Because Appellants have met the requirements of Texas Rule of Appellate
Procedure 42.1(a)(1), the motion is granted and the appeal is dismissed.  

Opinion
delivered September 29, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and Bass, Retired Justice, Twelfth
Court of Appeals, Tyler, sitting by assignment.

 

 

 

 

(PUBLISH)